IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 02-cv-01736-PAB-MJW

DENEEN STONE,
Personal Representative of the Estate of Robert Stone,

      Plaintiff,

  v.

DEPARTMENT OF AVIATION, DENVER INTERNATIONAL AIRPORT and
THE CITY AND COUNTY OF DENVER, a Municipal Corporation,

      Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the parties' Stipulated Motion to Dismiss. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the parties' Stipulated Motion to Dismiss (Docket No. 85) is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED November 24, 2008.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge